IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD LESLIE DOCKUM, § | | |
| TDCJ-ID NO.1230312, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. H-05-2799 |
| § | | |
| HARRIS COUNTY SHERIFF'S § | | |
| DEPARTMENT, *et al.*, § | | |
| Defendants. § | | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on19th day of September, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE